# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1139. THERIAN WIMBUSH v. RUSSELL W. SMITH.**
**A21A1193. THERIAN WIMBUSH v. DAVID C. WALL.**

Therian Wimbush, who is incarcerated, filed a mandamus petition against Judge Russell Smith, seeking to compel the judge to issue a ruling in what Wimbush purports to be a habeas matter. Wimbush filed a separate mandamus petition against the Clerk of Court, David Wall. Both petitions were dismissed as moot, and Wimbush filed these direct appeals. We lack jurisdiction.

While judgments and orders granting or refusing to grant mandamus relief are generally directly appealable, see OCGA § 5-6-34 (a) (7), under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Wimbush is incarcerated, she was required to file an application for discretionary appeal in order to appeal the mandamus rulings. See *Brock v. Hardman*, 303 Ga. 729, 731 (2) (814 SE2d 736) (2018). We thus lack jurisdiction over these direct appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 05/07/2021*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*